UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC,<br><br>**Plaintiff**<br><br>v.<br><br>**OPEN TEXT, INC.**<br><br>**Defendant.** | Case No. 6:21-cv-0050-ADA |

## JOINT CLAIM CONSTRUCTION STATEMENT

Plaintiff BCS Software, LLC ("BCS") and Defendant Open Text, Inc. ("Open Text") respectfully submit this Joint Claim Construction Statement for the asserted claims of U.S. Patent No. 8,819,120 ("the '120 Patent").

## I. DISPUTED CLAIM TERMS

### A. Term 1: "File List"

| Term | Claims | Plaintiff's Construction | Defendant's Construction |
|---|---|---|---|
| File List | 1, 6, 12, 15, 19, 20 and 21 | No construction necessary/plain and ordinary meaning<br><br>or in the alternative, "logic interface displayed on a client machine that allows a user to download from or upload files to a store on a network" | logic interface maintained on the client machine that provides bulletin board functions to allow downloading of files |

B. **Term 2: "Independent of a File Path"**

| Term | Claims | Plaintiff's Construction | Defendant's Construction |
|---|---|---|---|
| Independent of a File Path | 1, 12, and 19 | No construction necessary/plain and ordinary meaning<br><br>Or in the alternative, "without the user having knowledge as to where a store behind the file list is located on a network" | Indefinite |

## C. Term 3: "Internal Mail"

| Term | Claims | Plaintiff's Construction | Defendant's Construction |
|---|---|---|---|
| Internal Mail | 12 and 19 | No construction necessary/plain and ordinary meaning<br><br>Or in the alternative, "private electronic communication that includes exchange of messages only among registered users served by a server and uses identifiers in delivering email exchanges" | private electronic communication system that permits email exchanges only among registered users served by a server for a group collaboration platform, and does not use email servers or email addresses in delivering email messages |

D. Term 4: "Independent of a File Path and Unnavigable to by a User"

| Terms | Claims | Plaintiff's Construction | Defendant's Construction |
|---|---|---|---|
| Independent of a File Path and Unnavigable to by a User | 1, 12, and 19 | No construction necessary/plain and ordinary meaning<br><br>Or in the alternative, "without the user having knowledge as to where a store behind the file list is located on a network" | Term "independent of a file path" is indefinite.<br><br>Otherwise no construction necessary, plain and ordinary meaning |

Dated:  September 13, 2021	Respectfully submitted,

*/s/ Thomas G. Fasone III*
*(with permission by Jennifer P. Ainsworth)*
Thomas G. Fasone, III
Texas State Bar No. 0785382
tfasone@inventorsfirst.com
**Inventors First Law Group, PLLC**
2355 Thomas Ave, No. 2010
Dallas, Texas 75201
Telephone: (214) 402-5101

Raymond W. Mort, III
Texas State Bar No. 0791308
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Attorneys for Plaintiff*


*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
**WILSON, ROBERTSON & CORNELIS, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
Fax: (903) 509-5092
jainsworth@wilsonlawfirm.com

Timothy J. Carroll
Steven M. Lubezny
Vivian Sandoval
**VENABLE LLP**
227 West Monroe Street, Suite 3950
Chicago, ILL 60606
Telephone: (312) 820-3400
Fax: (312) 820-3401
TJCarroll@Venable.com
SMLubezny@Venable.com
VSandoval@Venable.com

>Manny J. Caixeiro
>**VENABLE LLP**
>2049 Century Park East, Suite 2300
>Los Angeles, CA 90067
>Telephone: (310) 229-9900
>Fax: (310) 229-9901
>MJCaixeiro@Venable.com
>
>*Attorneys for Defendant/Counterclaimant*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on September 13, 2021, with a copy of this document via the Court's CM/ECF. Any other counsel of record will be served by First Class U.S. Mail on this same date.

>*/s/ Jennifer P. Ainsworth*
>Jennifer P. Ainsworth

## CERTIFICATE OF CONFERENCE

This is to certify that counsel have conferred concerning this Joint Statement and this Joint Statement sets out the Parties' positions.

>*/s/ Jennifer P. Ainsworth*
>Jennifer P. Ainsworth